UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN E. BARNHOUSE, <br><br> Plaintiff, <br><br> v. <br><br> PAT GLEBE, et al., <br><br> Defendants. | Case No. 07-1991-MJP-JPD <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the defendants' motion to dismiss in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to that document, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. First, Plaintiff's claims against Defendants Packer, Williams, Davis, Fuentes, Kalina and Cohn are untimely. Second, Plaintiff's Eighth Amendment claims are also barred because Plaintiff failed to exhaust his administrative remedies. Third, Plaintiff's allegations against Defendants Packer, Kunkel, and Glebe fail to articulate a claim for the denial of procedural due process.

(2) Defendants' motion to dismiss (Dkt. No. 15) is GRANTED and plaintiff's § 1983 complaint (Dkt. No. 5) is DISMISSED with prejudice. As a result,

ORDER OF DISMISSAL
PAGE - 1

plaintiff's three motions for default judgment (Dkt. Nos. 17, 28, 48), two motions for temporary restraining orders (Dkt. Nos. 36, 63), motion for extension of time, motion to compel discovery (Dkt. No. 45), and motion for appointment of counsel (Dkt. No. 49) are DENIED as MOOT.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 17th day of December, 2008

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
PAGE - 2